IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PHIL SALAZAR,**

        Plaintiff,

v.                                    No. CIV-11-0960 LAM

**MICHAEL J. ASTRUE, Commissioner**
of the Social Security Administration,

        Defendant.

## FINAL ORDER

        **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing, With Supporting Memorandum (Doc. 19)* and **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Memorandum Opinion and Order* (*Doc. 24*).

        **IT IS SO ORDERED.**

        */s/ Lourdes A. Martínez*
        **THE HONORABLE LOURDES A. MARTÍNEZ**
        **UNITED STATES MAGISTRATE JUDGE**
        **Presiding by Consent**